# EXHIBIT A

 **Brandon Callier <callier74@gmail.com>**

## Complete with DocuSign: Credit Mount Contract Notary - Copy - Copy (2).pdf
1 message

**Credit Mount via DocuSign** <dse_na2@docusign.net>  
Reply-To: Credit Mount <support@creditmount.com>  
To: Brandon Callier <callier74@gmail.com>

Fri, Dec 30, 2022 at 2:10 PM





### REVIEW DOCUMENT

**Credit Mount**  
support@creditmount.com

Brandon Callier,

Please DocuSign Credit Mount Contract Notary - Copy - Copy (2).pdf

Thank You, Credit Mount

Powered by **DocuSign**

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code: